sufficient in law to constitute a defense to this action? See, also, 131 N. Y. Supp. 1101.

ANDERSON, Respondent, v. BELLEI, Appellant. (Supreme Court, Appellate Division, First Department. November 17, 1911.) Action by Anna Anderson against Olive Bellei. L. A. Valente, for appellant. B. Gordon, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

ANDERSON v. JOHN T. BRADY & CO. (Supreme Court, Appellate Term. November 10, 1911.) Appeal from City Court of New York, Trial Term. Action by Frank Anderson against John T. Brady and Company. From a judgment dismissing the complaint, plaintiff appeals. Reversed, and new trial ordered. Aronson & Salant (Louis Salant, of counsel), for appellant. Lyman A. Spalding (Floyd K. Diefendorf and Theodore H. Lord, of counsel), for respondent.

PER CURIAM. At the close of the plaintiff's case the trial court dismissed the complaint. This case in principle so nearly resembles the case of Dougherty v. Weeks & Son, 126 App. Div. 786, 111 N. Y. Supp. 218, that further discussion is quite unnecessary. Judgment reversed, and a new trial ordered, with costs to the appellant to abide the event.

ANDERSON, Appellant, v. O'ROURKE ENGINEERING CONST. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Karl Anderson against the O'Rourke Engineering Construction Company. No opinion. Judgment unanimously affirmed, with costs.

ANHALT v. BURRELL et al. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by Simon Anhalt against James Burrell and others. No opinion. Motion denied, with $10 costs. Settle order on notice. See, also, 144 App. Div. 899, 129 N. Y. Supp. 1112.

APOLLO WOOLEN MILLS, Respondent, v. STEARNS, Appellant. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by the Apollo Woolen Mills against William T. Stearns. H. Schoenherr, for appellant. L. H. Porter, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ARKENBURGH, Respondent, v. ARONSON, Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Oliver M. Arkenburgh against Peter Aronson. No opinion. Judgment of the Muncipal Court affirmed, with costs. See, also, 129 N. Y. Supp. 1112.

ASPEGREN et al., Appellants, v. CRANDALL–PETTEE CO., Respondent. (Supreme Court, Appellate Division, First Department. November 3, 1911.) Action by Adolf Aspegren and others against the Crandall-Pettee Company. B. Lewinson, for appellants. H. Hoelljes, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

AUFFERMANN, Appellant, v. PUBLISHERS' PAPER CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Frederick A. Auffermann against the Publishers' Paper Company and another. No opinion. Motion to compel the acceptance of the notice of appeal granted, with $10 costs. See, also, 139 App. Div. 934, 124 N. Y. Supp. 1109.

AUSTIN, Respondent, v. CITY OF DUNKIRK, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 29, 1911.) Action by Alfred J. Austin against the City of Dunkirk.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents, upon the grounds stated in his opinion upon the former appeal, reported at 140 App. Div. 44, 124 N. Y. Supp. 248, and WILLIAMS, J., dissents, upon the ground that the city cannot be held liable for negligence in building a sidewalk in the manner shown by the evidence of this case.

In re AVRUTIS. (Supreme Court, Appellate Division, First Department. November 10, 1911.) In the matter of Aaron Avrutis. No opinion. Reference ordered to official referee. Settle order on notice.

BABBITT v. BUTLER et al. (Supreme Court, Appellate Division, First Department. November 17, 1911.) Action by Clark M. Babbitt against Edward D. Butler and others. W. D. Davis, for plaintiff. D. Emery, for defendants. No opinion. Exceptions overruled, and motion for new trial denied, with costs. Settle order on notice.

BACKER, Respondent, v. RATKOWSKY, Appellant. (Supreme Court, Appellate Division, First Department. December 1, 1911.) Action by George Backer against Bernard Ratkowsky. J. Manheim, for appellant. S. Levy, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed. See, also, 137 App. Div. 559, 122 N. Y. Supp. 225.

INGRAHAM, P. J., dissents.

BAFF, Respondent, v. ELIAS, Appellant. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by Rebecca Baff against Sep Elias. No opinion. Motion granted, with $10 costs.